UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN DEON HUNTER, | ) | No. CV 13-9224 ODW (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. GROUNDS, Warden, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report and Recommendation of United States Magistrate Judge.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    IT IS ORDERED that judgment be entered denying the Petition on the merits with prejudice.

DATED:  February 2, 2015

OTIS D. WRIGHT II
United States District Judge