UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN DEON HUNTER, | ) | No. CV 13-9224 ODW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| R. GROUNDS, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 2, 2015

OTIS D. WRIGHT II
United States District Judge